UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHANNON M. PETT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 6:24-cv-00132-MK<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to reconsider the medical opinion evidence, offer the claimant an opportunity for a hearing, further develop the record as necessary, and issue a new decision.

 IT IS SO ORDERED this 23rd day of September 2024.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI (He / Him)<br>
United States Magistrate Judge

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

*/s/ Katherine Watson*
KATHERINE WATSON
Special Assistant United States Attorney
Attorneys for Defendant
(206) 615-2139